# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA WAREKA p/k/a TAMARA WILLIAMS<br><br>Plaintiff,<br><br>v.<br><br>HB USA HOLDINGS INC.; and DOES 1 through 10 inclusive,<br><br>Defendant. | Case No. 2:23-cv-02158-MEMF-E<br><br>**NOTICE OF SETTLEMENT** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECCORD:

PLEASE TAKE NOTICE that Plaintiff and Defendant have reached a settlement in principle in the above referenced case. The Parties are in the process of finalizing a settlement agreement in this matter and request 45 days in which to finalize terms and perform their obligations under the agreement at which time Plaintiff will file a dismissal.

Dated: May 9, 2023                                  Respectfully submitted,

**/s/ Mathew K. Higbee**
Mathew K. Higbee, Esq.
Cal. Bar No. 241380
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8373
(714) 597-6559 facsimile
*Counsel for Plaintiff*